UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HECTOR ACUNA,

Plaintiff,

v.                                        Case No. 17-cv-1181-pp

DR. JEFFREY MANLOVE, *et al.*,

Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY AND DISPOSITIVE MOTION DEADLINES (DKT. NO. 39)

On September 20, 2018, three of the four defendants in this case (Brian Foster, Jeffrey Manlove, and Anthony Meli) filed a motion for summary judgment on the basis of exhaustion (rather than on the merits of the plaintiff's claims). Dkt. No. 37. Along with that motion, they filed another motion asking the court to stay the discovery and the dispositive motions deadlines. Dkt. No. 39. The remaining defendant, Dr. Mikkelson, filed a motion for summary judgment—also on exhaustion grounds—on October 16, 2018. Dkt. No. 42. In the interests of judicial economy, as well as the parties' resources, the court **GRANTS** the defendants' motion to stay the discovery and dispositive motions deadlines. Dkt. No. 39. This order applies to all four defendants. The court will set new discovery and dispositive motions deadlines after the motions for summary judgment have been addressed.

Dated at Milwaukee this 20th day of October, 2018.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**