UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HECTOR ACUNA,

    Plaintiff,

v.    Case No. 17-cv-1181-pp

DR. JEFFREY MANLOVE, *et al.*,

    Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION TO
DISMISS WITHOUT PREJUDICE (DKT. NO. 56)**

The plaintiff is representing himself. In August 2017, he filed a lawsuit alleging that the defendants acted with deliberate indifference to his serious medical needs. Dkt. No. 1. The defendants filed a motion for summary judgment, claiming that the plaintiff had not exhausted his administrative remedies before he filed his case. Dkt. No. 42. That motion was fully briefed in March. Dkt. Nos. 53, 54. In mid-June, however, the court received a letter from the plaintiff, asking the court to "please to just go ahead and den[y]" his lawsuit. Dkt. No. 56. Two weeks later, the court received another letter from the plaintiff, in which he explained that the reason he is asking the court to "deny" his lawsuit is because he wants to pursue it after he is released in September. Dkt. No. 57.

The court construes the plaintiff's request to "deny" his lawsuit as a request to dismiss the case without prejudice. The court will grant that request.

1

The court **GRANTS** the plaintiff's motion to dismiss his case without prejudice. Dkt. No. 56.

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**. The court will enter judgment accordingly.

Dated in Milwaukee, Wisconsin, this 8th day of July, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**